```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 05 B 52258
   DEBORAH JEAN MATONIS
                                             CHAPTER 13

                                             JUDGE: JOHN H SQUIRES

         Debtor
   SSN XXX-XX-0580


------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 10/13/05 and confirmed on 12/09/05.

     2.  The plan is paid in full.

     3.  The Debtor paid a total of $   1848.00 .

     4.  The Trustee made disbursements to creditors as follows:


------------------------------------------------------------------------
CREDITOR NAME              CLASS        CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                          PAID           PAID
------------------------------------------------------------------------
ALLIANCE ASSET MGMT        UNSECURED     NOT FILED          .00            .00
ACTION MEDICAL EQUIPMENT   UNSECURED     NOT FILED          .00            .00
ASSOCIATED PATHOLOGY CON   UNSECURED     NOT FILED          .00            .00
VAN RU CREDIT              UNSECURED     NOT FILED          .00            .00
ELMHURST ANESTHESIOLOGIS   UNSECURED     NOT FILED          .00            .00
NIKO CREDIT SERVICES       UNSECURED         910.00         .00         910.00
ELMHURST EMERGENCY MED S   UNSECURED     NOT FILED          .00            .00
VAN RU CREDIT              UNSECURED     NOT FILED          .00            .00
ELMHURST HOSPITAL          UNSECURED     NOT FILED          .00            .00
ELMHURST ORTHOPEDICS       UNSECURED     NOT FILED          .00            .00
TRANSWORLD SYSTEMS INC     UNSECURED     NOT FILED          .00            .00
ELMHURST RADIOLOGISTS      UNSECURED     NOT FILED          .00            .00
JOHN W LAUDE MD            UNSECURED     NOT FILED          .00            .00
MEDICAL RECOVERY SPECIAL   UNSECURED     NOT FILED          .00            .00
METRO PARAMEDIC SERVICE    UNSECURED     NOT FILED          .00            .00
MGM MEDICAL ASSOC LTD      UNSECURED     NOT FILED          .00            .00
CAPITAL ONE BANK           UNSECURED         749.73         .00         749.73
         Summary of disbursements:
------------------------------------------------------------------------
                   SECURED    PRIORITY   UNSECURED       OTHER        TOTAL
------------------------------------------------------------------------
TOTAL CLMS ALLOWED    .00         .00     1659.73          .00       1659.73
PRINCIPAL PAID        .00         .00     1659.73          .00       1659.73
INTEREST PAID         .00         .00         .00          .00           .00
TOTAL PAID            .00         .00     1659.73          .00       1659.73
The Debtor's attorney, EDWARD J VARGA              , was allowed $       .00
and was paid $       .00 .

The Trustee received $      58.38 .

Refunds to the Debtor totaled $     129.89 .
```

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 11/15/07                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE